IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL R. MCCARTER, in his official capacity as president of *Move Oregon's Border*,<br><br>   Plaintiff,<br><br>  v.<br><br>KATE BROWN, in her official capacity as Governor of Oregon, et al.<br><br>   Defendants.<br>_____ | Civ. No. 6:20-cv-1048-MC<br><br>JUDGMENT |

**MCSHANE, Judge**:

  As the deadline for filing a notice of representation by a licensed attorney passed, this action is DISMISSED, without prejudice.

IT IS SO ORDERED.

  DATED this 17th day of September, 2020.

                _____/s/ Michael McShane_____
                **Michael J. McShane**
                **United States District Judge**

1 – JUDGMENT